UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PEMEX EXPLORACIÓN Y PRODUCCIÓN, individually and as assignee of AGE Refining, Inc., Flint Hills Resources, L.P., and Valero Marketing and Supply Company,<br><br>      Plaintiff,<br><br>v.<br><br>MURPHY ENERGY CORPORATION; HIGH SIERRA CRUDE OIL & MARKETING, LLC, successor to PETRO SOURCE PARTNERS, LP; BIG STAR GATHERING LTD L.L.P.; ST. JAMES ENERGY OPERATING, INC.; F&M TRANSPORTATION, INC.; PLAINS MARKETING L.P.; SUPERIOR CRUDE GATHERING, INC., CONOCOPHILLIPS CO; FR MIDSTREAM TRANSPORT L.P. f/k/a TEXSTAR MIDSTREAM TRANSPORT, LLC; MARATHON PETROLEUM COMPANY, L.P. f/k/a MARATHON PETROLEUM COMPANY, LLC; SHELL CHEMICAL CO.; SHELL TRADING US CO. ("STUSCO"), AND SUNOCO PARTNERS MARKETING & TERMINALS, L.P.,<br><br>      Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 4:12-cv-01081 |

**ORDER**

Came on to be considered Defendant ConocoPhillips's Unopposed Motion for Leave to File First Amended Answer and Cross-Claims. The Court is of the opinion that the motion is well taken and is **GRANTED**. It is therefore,

**ORDERED** that ConocoPhillips's First Amended Answer and Cross-Claims are deemed to have been filed as of February 19, 2013, the date the motion was filed.

SIGNED this 20th day of FEBRUARY, 2013.

_____
JUDGE PRESIDING